## DOWELL v. STATE.
### No. 24186.

Court of Criminal Appeals of Texas.
Dec. 8, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant pleaded guilty to a complaint and information charging him with drunken driving, and was by the trial court found guilty and fined the sum of $50. He gave notice of appeal from such judgment.

There is neither statement of facts nor bills of exception found in the record. The proceedings appear to be regular.

The judgment will be affirmed.